# Third District Court of Appeal
## State of Florida

Opinion filed October 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2166
Lower Tribunal No. 20-26277
_____

**Carline Etienne, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

The Tarich Law Firm P.A., and Manny M. Tarich and Matthew P. Hunt (Hollywood), for appellants.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Empire Pro Restoration, Inc. v. Citizens Prop. Ins. Corp., 322 So. 3d 96, 98 (Fla. 4th DCA 2021) (holding that where insured failed to provide evidence as to cause of property damage, summary judgment for insurer was appropriate); Deshazior v. Safepoint Ins. Co., 305 So. 3d 752, 755 (Fla. 3d DCA 2020) (affirming summary judgment for insurer where insured's expert did not rebut insurer's affidavit demonstrating that damages were excluded).